IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROUTES 202 AND 309 NOVELTIES AND GIFTS, INC.** : | CIVIL ACTION NO. 11-CV-5822 |
| **Plaintiff** : | |
| v. : | |
| **THE KINGS MEN, ET AL.,** : | |
| **Defendants** : | |

### ORDER

AND NOW, this __14th__ day of October, 2011, upon consideration of Plaintiff's Motion for Temporary Restraining Order and Permanent Injunction (Doc. 2), Defendants' Response in Opposition thereto (Doc. 10), all related exhibits and documents, and oral argument held before this Court on September 22, 2011, **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DENIED**[1].

BY THE COURT:

_/s/ Petrese B. Tucker_
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] The Court issued a memorandum, dated October 14, 2011, to accompany this Order.