**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| ROUTES 202 AND 309 AND NOVELTIES GIFTS, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-5822 |
| | : | |
| THE KINGS MEN et al, | : | |
| | : | |
| Defendants. | : | |

**AMENDED SCHEDULING ORDER**

**AND NOW**, this _____ day of April, 2013, upon consideration of Plaintiff's Motion for

Extension of Time to Complete Discovery (Doc. 46), Defendants' Response in Opposition thereto (Doc.

47), and after consultation with the parties at a telephone conference, **IT IS HEREBY ORDERED AND**

**DECREED** that:

1.    Discovery shall be completed by **Wednesday, May 15, 2013**.

2.    Dispositive motions shall be filed by **Wednesday, May 29, 2013**.

3.    Responses to any dispositive motions shall be filed by **Wednesday, June 19,**

      **2013**.

**IT IS FURTHER ORDERED** that all other deadlines set forth in the Court's November 19,

2012 Scheduling Order (Doc. 44) remain in effect.

BY THE COURT:

/s/ Petrese B. Tucker

_____

Hon. Petrese B. Tucker, U.S.D.J.