IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROUTES 202 309 AND NOVELTIES | : | |
| GIFTS, INC. | : | |
| 608 UPPER STATE ROAD | : | |
| NORTH WALES, PA 19454 | : | CIVIL ACTION NO. 11-5822 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THE KINGS MEN, MARK HOUK, | : | |
| DAMAIN WARGO, DAVID DINUZZIO, | : | |
| SR., DESARAE MCDONNELL, JOHN A | : | |
| MCGANN, III, ROBERT LECHTER, | : | |
| CHARLES HARVEY, PHILLIP GRECO, | : | |
| JOHN DOES 1-100 | : | |
| | : | |
| Defendants. | | |

**DEFENDANTS' MOTION FOR STAY OF ALL DEADLINES PENDING
RULING ON MOTIONS FOR SUMMARY JUDGMENT**

Defendants The Kings Men, Mark Houk, Damain Wargo, David Dinuzzio,

Sr., Desarae McDonnell, John A. McGann, III, Robert Lechter, Charles Harvey, and

Phillip Greco, by and through their undersigned counsel, respectfully request a stay

of all deadlines pending the Court's ruling on their motion for summary judgment

and in support of their request show the following:

1.  By Order on November 19, 2012, the Court set trial and pretrial deadlines

    (Docket 44) which were extended by Order on April 17, 2013 (Docket 50).

2.  On May 29, 2013, in accordance with the Court's Case Management Order,

    Plaintiff and Defendants all filed motions for summary judgment.

3.  On June 19, 2013, Plaintiff and Defendants both filed briefs in opposition to

1

the other party's motion for summary judgment.

4.   Pursuant to the Court's Case Management Order, pretrial deadlines are rapidly approaching on the parties.

5.   A decision from the Court regarding the parties' motions for summary judgment may drastically change the landscape of the case, and would thus affect the content of motions and documents to be filed with the Court.

6.   In order to file with the Court relevant and accurate motions and pretrial documents, Defendants feel it is necessary to file such documents after receiving a decision from the Court on their motions for summary judgment.

WHEREFORE, Defendants respectfully request a stay of all pretrial and trial deadlines pending a ruling of the Court on their motions for summary judgment.

Respectfully submitted,

_____/s/ *Emily M. Bell*_____
Emily M. Bell, Esquire
I.D. No. 208855
Clymer Musser & Conrad
408 West Chestnut Street
Lancaster, PA  17603
(717) 299-7101

Counsel for Defendants The Kings Men, Mark Houk, Damain Wargo, David Dinuzzio, Sr., Desarae McDonnell, John A. McGann, III, Robert Lechter, Charles Harvey, and Phillip Greco

2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

ROUTES 202 309 AND NOVELTIES  :
GIFTS, INC.  :
608 UPPER STATE ROAD  :
NORTH WALES, PA 19454  :    CIVIL ACTION NO. 11-5822
  :
    Plaintiffs,  :
  :
  v.  :
  :
THE KINGS MEN, MARK HOUK,  :
DAMAIN WARGO, DAVID DINUZZIO,  :
SR., DESARAE MCDONNELL, JOHN A  :
MCGANN, III, ROBERT LECHTER,  :
CHARLES HARVEY, PHILLIP GRECO,  :
JOHN DOES 1-100  :
  :
    Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am this day serving upon all persons listed below

a true and correct copy of the foregoing document via the Electronic Case Filing

System of the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

By:    _/s/ Emily M. Bell_____
    Emily M. Bell, Esquire
    Pa. ID No. 208855
    *Clymer Musser & Conrad, P.C.*
    408 West Chestnut Street
    Lancaster, PA 17603
    (717) 299-7101 phone
    (717) 299-5115 fax