### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **ROUTES 202 AND 309 AND NOVELTIES GIFTS, INC.** **608 UPPER STATE ROAD** **NORTH WALES, PA 19454** **Plaintiff** | : : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **THE KINGS MEN** **88 E. Pennsylvania Avenue** **Oreland, PA 19075** | : : : | **No: 11-05822** |
| **et. al.** | : : : | **Hon. Petrese Tucker** **Chief United States District Judge** |

### ORDER

AND NOW this          day of                     , 2013, upon consideration of the

motion of Defendants for a stay of all case deadlines after response hereto Defendant's motion is

DENIED.


By the Court:


_____

Tucker, Ch. U.S.D.J.