UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROUTES 202 and 309 AND NOVELTIES GIFTS, INC. | § § § | CIVIL ACTION NO. 11-cv-5822 |
| Plaintiff, | § § | (Judge Petrese Tucker ) |
| vs. | § § | |
| THE KING'S MEN, et al. | § § | |
| Defendants. | § | |

**ORDER**

AND NOW, this day 1st of August , 2013, upon consideration of the

Defendants' Motion for Stay of All Deadlines Pending Ruling on Motions for Summary

Judgment, it is hereby **ORDERED** and **DECREED** that Defendants' Motion is **GRANTED.** It

is further **ORDERED** that all deadlines in this case are **STAYED** pending disposition of the

parties' motions for summary judgment.

_Petrese B Tucker_
Hon. Petrese B. Tucker, USDJ