IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROUTES 202 & 309 NOVELTIES AND GIFTS, INC., | : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 11-05822 |
| v. | : : : | Hon. Petrese Tucker |
| THE KING'S MEN, et al., | : : | Chief United States District Judge |
| Defendants. | : | |

## ORDER

This matter having been opened to the Court on the Motion of Plaintiff to enforce Settlement and to enter written settlement and after review of the transcript and supporting exhibits it is hereby ORDERED:

1. This matter was dismissed on the request of the parties on January 12, 2015;

2. The terms of the resolution as agreed between the parties and evidenced and memorialized by the Court transcript is as follows:

    a. THE DEFENDANTS WILL COMPLY WITH ANY TOWNSHIP REQUIREMENTS AND/ OR ORDINANCES , INCLUDING ORDINANCES WITH REGARD TO ASSEMBLAGE, SIGNAGE OR SOLICITATION;

    b. THE DEFENSE MAY BE IN THE RIGHT OF WAY THAT RUNS PARALLEL WITH UPPER STATE ROAD WHICH INCLUDES THE MULCHED AREA AND THE ADJOINING GRASS BETWEEN LUKE (sic) OIL AND THE TIRE STORE SIDEWALK, BUT NO SIGNS WILL BE PLANTED IN THE RIGHT OF WAY;

    c. THERE WILL BE NO STANDING OR PROTESTING ON THE BACK GATE;

d. THE DEFENDANTS WILL REMAIN BEHIND THE TREELINE THAT RUNS FROM ADULT WORLD' S SIGN TO AN ULTIMATE TREE BY THE DUMPSTERS WHICH ARE CURRENTLY POSITIONED BEHIND LUKE OIL AND DIVIDING PLAINTIFF' S PROPERTY FROM ADULT WORLD' S PROPERTY UNTIL SUCH TIME AS PLAINTIFFS OBTAIN A SURVEY OF ITS PROPERTY;

e. PLAINTIFF WILL OBTAIN A SURVEY WITHIN 90 DAYS. A COPY OF THE SURVEY WILL BE PROVIDED TO DEFENDANT' S COUNSEL WITHIN 30 DAYS OF RECEIPT BY PLAINTIFF' S COUNSEL. AFTER DEFENDANT' S COUNSEL RECEIVES A COPY OF THE SURVEY, THE ACTUAL PROPERTY BOUNDARIES AS SHOWN BY THE SURVEY WOULD CONTROL WHERE DEFENDANTS MAY STAND WITH RESPECT TO THE SIDE OF THE PROPERTY ORDERED BY LUKE OIL and

f. EACH PARTY WILL BEAR ITS COSTS AND FEES AND THIS MATTER WILL BE DISMISSED BY BOTH PARTIES WITH PREJUDICE.

SO ORDERED:

TUCKER, CH. U.S.D.J.